# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1. Intake Clerk *

2. Case Administrator

FROM:  Financial Administrator

DATE: 4-20-2009    UC

CASE NAME: Moreland

CASE NUMBER: 06-22655

Check Number 627119 in the amount of $3401.17 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 08448       Intake Clerk's Initials: AL

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

FILED 2009 APR 20 PH 2:29

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford  
Chief Counsel

Phillip J. McHale, III  
Chief Accountant

April 13, 2009

John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219

OR

John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie PA 16501

RE: MARVIN C. MORELAND
    CHARISSE D. MORELAND
Case No.: 06-22655 D

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

RS BELL FCU
3RD STREET
MONACA PA

15061

CHECK NUMBER __627119__ AMOUNT $ __3,401.17__

The disbursement(s) was returned to the Trustee for the following reason:

_____ a. Trustee has been unable to locate Creditor.

__X__ b. Creditor returned funds.

_____ c. Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
06-22655 D

      Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                  Very truly yours,

                                  ~~RONDA~~ J. WINNECOUR
                                  for Standing Chapter 13 Trustee

cc: FRANK E YOURICK ESQ
    MARVIN C. MORELAND
    CHARISSE D. MORELAND
    RS BELL FCU
    Creditor