# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | Marvin C. & Charisse D. Moreland |
| **Case Number:** | 06-22655-JAD          Chapter: 13 |
| **Date / Time / Room:** | WEDNESDAY, JULY 01, 2009 10:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | BETSY FRANKLIN |
| **Reporter / ECR:** | N/A |

## Matter:

Rescheduled - Motion to Turn Over Unclaimed Funds filed by Debtors
- Incorrect Matrix Attached To Motion - Matrix Refiled At Doc. # 70 - Correct Matrix Attached To COS
- No Service On U.S. Attorney
- No Response filed [due 6/3/2009]
- Default O/E 6/8/2009 @ Doc. # 73
- O/E 6/23/2009 Vacating Default Order
- Response - Motion For Expedited Reconsideration Of Order To Pay Unclaimed Funds filed by Trustee Winnecour 6/23/2009 @ Doc. # 76
- Response To Trustee's Motion For Reconsideration Of Order To Pay Unclaimed Funds filed by Frank E. Yourick Jr., Esq., On His Own Behalf, on 6/29/2009 @ Doc. # 82 [No Electronic Signature]
**R / M #:**  64 / 0

## Appearances:

TRUSTEE:  WINNECOUR / BEDFORD / GREGG  /  PAIL
DEBTOR(S): FRANK E. YOURICK, ESQ.
CREDITOR:

## Proceedings:

___ Motion is (GRANTED) / DENIED
_____ Special Type Of Order: _____
_____ CONTINUE MATTER:
      _____ For At Least _____ Days (Court To Issue Scheduling Order)
      _____ To Hearing Date Of _____ at _____ AM/PM at

      _____ To Conciliation Conference For _____ at
      _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
      _____ Evidentiary Hearing On Value And Cram-Down Interest
      _____ Complex / Pretrial Order - NONJURY  /  JURY
      _____ Simple / Pretrial Order - NONJURY  /  JURY
      _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

*Modified O/E 7-3-09*
*Granting Motion*

JEFFERY A. DELLER
U.S. Bankruptcy Judge

**FILED**

JUL - 2 2009

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA